IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 3:17-CV-00274-NJR-SCW |
| ASSORTED JEWELRY, | ) ) ) |
| Defendant. | ) ) |

# JUDGMENT AND DECREE OF FORFEITURE

**ROSENSTENGEL, District Judge:**

On March 16, 2017, the United States of America filed a Verified Complaint for Forfeiture against Defendant, described as **Assorted Jewelry**, more further described as:

> **One 14 karat yellow gold ladies diamond cross necklace with 11 brilliant-cut diamonds;**
>
> **One 10 karat yellow gold diamond bracelet with four diamonds weighing**
> **1.60 carats with a total of 62 diamonds; and**
>
> **One 18 karat yellow gold gent's Rolex Oyster perpetual day-date watch with**
> **22 diamonds/7.25 carats**

(Doc. 1). The Complaint alleges this property constitutes proceeds traceable to the exchange of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C § 801 *et seq.*, and is subject to forfeiture pursuant to 21 U.S.C. § 881.

Direct Notice of Civil Judicial Forfeiture was sent to Kelan Beene on March 23, 2017 (Doc. 4), and notice of this action was published on an official government website

(www.forfeiture.gov) for at least thirty consecutive days beginning on March 25, 2017 (Doc. 6-1), as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

A clerk's default was subsequently entered as to Kelan Beene and all interested parties on the July 10, 2017, in accordance with Rule 55(b) of the Federal Rules of Civil Procedure. (Doc. 9). On July 12, 2017, Plaintiff filed a Motion for Judgment and Decree of Forfeiture, which is pending before this Court.

Accordingly, the property described above is ORDERED forfeited to the United States. No right, title, or interest in the property shall exist in any other party. The defendant property shall be disposed of by the United States Marshal according to law.

IT IS FURTHER ORDERED that judgment is entered in favor of Plaintiff, United States of America, and against all interested parties.

**IT IS SO ORDERED.**

DATED: September 18, 2017

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**